Opinion issued July 3, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00313-CR

____________


MICHAEL PATRICK BURRIS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the County Court at Law No. 1

Fort Bend County, Texas

Trial Court Cause No. 85789






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.

Do not publish. Tex. R. App. P. 47.